**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| CHARLES MORRIS ANDERSON and | ) | Case No. 2-11-bk-13891 |
| NANCY MARIE JOHNSTON, | ) | |
|   Debtor(s) | ) | |
| | ) | |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.**
**FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

  PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for GE Money Bank (JCPENNEY CREDIT SERVICES [Last four digit of account:9633]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    GE Money Bank
    c/o Recovery Management Systems Corp.
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Attn: Ramesh Singh
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
April 18, 2011

                                  By: /s/ Ramesh Singh

                                  Ramesh Singh
                                  c/o Recovery Management Systems Corp.
                                  Financial Controller
                                  25 SE 2nd Avenue, Suite 1120
                                  Miami, FL 33131-1605
                                  (305) 379-7674

Assignee Creditor: JCPENNEY CREDIT SERVICES [Last four digit of account:9633]